ABSTRACT OF JUDGMENT

Re: Ioan Micula, et al. v. The Government of Romania

Case Number: 1:20-mc-00372

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| The Government of Romania<br><br>Ministry of Public Finance,<br>Strada Apolodor nr. 17, sector 5,<br>cod 050741, Bucureşti, Romania | Ioan Micula, Viorel Micula, S.C. European Food S.A., S.C. Starmill S.R.L., S.C. Multipack S.R.L.<br><br>Please see attached Appendix for parties' addresses |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $356,439,727 | Please see attached Appendix | Entered by the U.S. District Court for the District of Columbia:<br><br>September 20, 2019<br><br>Registered with the U.S. District Court for the Southern District of New York:<br><br>November 12, 2020 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York                          **, New York**

**RUBY J. KRAJICK, Clerk of Court**

_____

**By,  Deputy Clerk**

Appendix to Proposed Abstract of Judgment

Petitioners' Addresses

IOAN MICULA,
Teatrului Street no. 1-2
Oradea, Bihor County, Romania

VIOREL MICULA,
Colinelor Street no. 32-48
Oradea, Bihor County, Romania

S.C. EUROPEAN FOOD S.A.,
13 Septembrie Street, Ştei, Bihor County,
Romania

S.C. STARMILL S.R.L.,
41 Drăgănești,
Pantasesti Village, Bihor County,
Romania

S.C. MULTIPACK S.R.L.,
41 Drăgănești,
Pantasesti Village, Bihor County,
Romania

Petitioners' Attorneys

Francis A. Vasquez, Jr.
F.A. VASQUEZ CONSULTING
2109 Arrowleaf Drive
Vienna, VA 22182
Telephone: (571) 363-7747
frank@favasquez.com

Hansel T. Pham
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
hpham@whitecase.com

-and-

Jacqueline L. Chung
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jacqueline.chung@whitecase.com

*Counsel for Ioan Micula, S.C. European
Food S.A., S.C. Starmill S.R.L., and S.C.
Multipack S.R.L.*

Drew Marrocco
Catharine Luo
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 408-6399
drew.marrocco@dentons.com
catharine.luo@dentons.com

-and-

Anthony B. Ullman
John J. Hay
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6800
anthony.ullman@dentons.com
john.hay@dentons.com

*Counsel for Viorel Micula*